UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 2:14-cv-1997 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| JULIO TAMAYO, et al., | |
| Defendants. | |

Plaintiff filed a motion for summary judgment and noticed the motion to be heard on October 21, 2015. Under the scheduling order filed February 26, 2015, all dispositive motions were to be "conducted so as to be completed by October 7, 2015. The word 'completed' in this context means that all law and motion matters must be heard by the above date." ECF No. 15 at 2:19-20.

Accordingly, IT IS HEREBY ORDERED that no later than September 23, 2015, plaintiff shall show cause why the motion for summary judgment should not be stricken and why sanctions should not be imposed on plaintiff's counsel for violating the court's scheduling order.

Dated:  September 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 j&jsports-tamayo1997.osc