UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No.  2:14-cv-1997 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| JULIO TAMAYO, et al., | |
| Defendants. | |

Plaintiff has responded to the order to show cause.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 19) is discharged.

2. The motion for summary judgment remains on calendar for October 21, 2015.  Defendants are reminded that opposition must be filed no later than October 7, 2015.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that the motion for summary judgment be granted.

Dated:  September 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 j&jsports-tamayo1997.osc.dis