UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | No. 2:14-cv-1997 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| JULIO TAMAYO, et al., | |
| Defendants. | |

This matter was referred to the magistrate judge for pretrial management because defendants were proceeding pro se. See Local Rule 302(c)(21). Defense counsel has now substituted in for defendants. Because defendants are now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action;

2. All dates pending before the undersigned are vacated; and

/////

/////

/////

1

3. Henceforth the caption on documents filed in this action shall be No. 2:14-cv-1997 KJM CKD.

Dated: October 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 j&jsports-tamayo.ref